**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

RECEIVED
BY MAIL
AUG 19 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**Case No.** 26-cv-3677 MJD/DLM

John Doe, *Plaintiff*,

*v.*

Jennifer L. Frisch, acting in her official capacity as
Chief Judge of the Minnesota Court of Appeals, *Defendant*.

## PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

The Plaintiff, proceeding *pro se*, respectfully moves this Court for leave to proceed under the pseudonym "John Doe" in the public record of this action.

In support of this Motion, Plaintiff states that this Section 1983 civil rights action arises from a multi-year, unconstitutional custom of record-blocking executed by state officials. The underlying state litigation involves a strictly confidential and sealed guardianship case file concerning an innocent, nonparty vulnerable adult.

If the Plaintiff is forced to use their true legal name on the public federal docket, automated internet search tools and media scraping will instantly link the Plaintiff's true identity to the state's public appellate logs. This data trail would completely unmask the identity of the confidential nonparty, shattering the state court's sealing protections and exposing an innocent vulnerable adult to severe, unwarranted public disclosure and privacy invasion.

To protect this innocent nonparty while preserving the administration of justice, the Plaintiff has filed their true legal name, true physical mailing address, and unredacted state court case identifiers securely inside a separate Confidential Exhibit A, filed contemporaneously under seal for the Court's private judicial notice. The Defendants face zero prejudice from this anonymity, as their legal representatives at the Minnesota Attorney General's Office possess direct access to internal state indices and can instantly

SCANNED
AUG 19 2026
U.S. DISTRICT COURT ST. PAUL

identify the underlying proceedings.

For these reasons, the Plaintiff respectfully requests that this Court grant leave to proceed under the pseudonym "John Doe" for all public filings in this matter.

Dated: August 17, 2026

Respectfully submitted,

John Doe

/s/ John Doe, *Plaintiff Pro Se*